**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DANIEL CLEON BURROUGHS**                                                  **PLAINTIFF**

**v.**                           **Case No. 4:19-cv-00680-KGB**

**LUCAS EMBERTON, RANDY CHURCHES, and ETHAN WARD**     **DEFENDANTS**

**ORDER**

Before the Court is the status of this case. By Order entered January 19, 2021, this Court granted plaintiff Daniel Cleon Burroughs's motion for leave to proceed *in forma pauperis* and directed Mr. Burroughs to file an amended complaint within 30 days from the entry of that Order to cure the deficiencies outlined by the Court (Dkt. No. 3). The Court's January 19, 2021, Order was returned as undeliverable to Mr. Burroughs (Dkt. No. 4).

Pursuant to Local Rule 5.5(c)(2) of the *Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas*, any party appearing *pro se* and not represented by counsel must promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, must monitor the progress of the case, and must prosecute or defend the action diligently, and, if any communication from the Court to a *pro se* plaintiff is not responded to within 30 days, the case may be dismissed without prejudice.

Because Mr. Burroughs failed to notify the Clerk of any change in his address, to monitor the progress of the case, and to prosecute the case diligently and because Mr. Burroughs failed to respond to the Court's January 19, 2021, Order within 30 days, the Court dismisses without prejudice this action.

It is so ordered this 9th day of December, 2022.

                                          Kristine G. Baker
                                          United States District Judge